Filed 8/11/25  P. v. Cervantes CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JUAN CERVANTES,<br><br>    Defendant and Appellant. | 2d Crim. Nos. B340134, B340143, B340145<br>(Super. Ct. Nos. 2022012091, 2023000049, 2024000462)<br>(Ventura County) |

Juan Cervantes appeals the sentences imposed in Ventura County Superior Court Case Nos. 2022012091, 2023000049, and 2024000462.  He was sentenced to 59 years eight months.  We affirm.

## FACTS

*Ventura County Superior Court Case No. 2022012091*

Juan Cervantes and codefendants shot at two people in a rival gang.

Cervantes pled guilty to two counts of attempted murder (Pen. Code,[1] §§ 664, 187, subd. (a)), two counts of assault with a semiautomatic firearm (§ 245, subd. (b)), shooting at an occupied motor vehicle (§ 246), and felon in possession of a firearm (§ 29800, subd. (a)(1)).  He also admitted he used and discharged a firearm causing great bodily injury in the assault and attempted murder crimes (§§ 12022.5, subd. (a), 12022.53, subd. (d), 12022.7, subd. (a)) and had two prior "strike" convictions.

The trial court struck one of the prior strike convictions and imposed the upper term of nine years on one of the attempted murder counts, doubled to 18 years because of the remaining strike conviction.  The court enhanced this sentence by 20 years for the firearm use allegation and three years for the great bodily injury allegation.  The court imposed a consecutive sentence of four years eight months on the second attempted murder count.  The court struck the firearm and great bodily injury enhancements on this count.  The court imposed a consecutive sentence of three years four months on the shooting into an occupied motor vehicle charge, enhanced by one year for the injury allegation, with the firearm use allegation stricken on this count as well.  The court imposed a consecutive sentence of one year four months on the firearm possession charge.  The court stayed the sentences on the assault counts pursuant to section 654.  The court enhanced this sentence five years for the serious prior felony conviction.

*Ventura County Superior Court Case No. 2023000049*

Cervantes pled guilty to possession of alcohol in jail. (§ 4573.8.)  The trial court imposed a consecutive term of one year four months.

---

[1] All statutory references are to the Penal Code.

*Ventura County Superior Court Case No. 2024000462*

Cervantes and three other jail inmates assaulted another man.  Cervantes pled guilty to assault with force (§ 245, subd. (a)(4)) and conspiracy to commit a battery (§§ 182, subd. (a)(1), 242).  The trial court imposed a consecutive sentence of two years on the assault charge, staying the sentence on the conspiracy charge pursuant to section 654.

The total sentence is 59 years eight months.

Cervantes appeals the sentences.

We appointed counsel to represent Cervantes in this appeal.  After examining the record, he filed a brief raising no issues.

On May 27, 2025, we advised Cervantes by mail that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal.  We received no reply.

We have reviewed the entire record and are satisfied that Cervantes's attorney has fully complied with his responsibilities and that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


                                        GILBERT, P. J.

We concur:



        YEGAN, J.                          CODY, J.


3

David M. Hirsch, Judge

Superior Court County of Ventura

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.